UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SHI LIN ZHENG,

        Petitioner,

        -v-

ALBERTO GONZALEZ, Attorney General of
the United States, DOUGLAS L. MAURER,
Office of Detention and Removal
Operations, U.S. Immigration and
Customs Enforcement, and WARDEN J.
ALEXANDER,

        Respondents.
------------------------------------- x

05 Civ. 4543 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-05

JED S. RAKOFF, U.S.D.J.

    On July 5, 2005 the Honorable Henry Pitman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned case recommending that the petition be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as petitioner had requested that the action be withdrawn.

    Petitioner has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the petitions without prejudice. Clerk to enter judgment.

    SO ORDERED.

                                  _____
                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 15, 2005